## Case No. 15,408.

### UNITED STATES v. HOYM.

[Oscar Hoym was indicted for affixing fraudulent revenue stamps to boxes of cigars sold by him; was tried, convicted, and sentenced to be imprisoned for two years at Sing Sing. The case is nowhere reported, nor is the opinion or charge of the court accessible. A newspaper account of the trial is contained in 7 Int. Rev. Rec. 69.]